IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-1325-CMA-MJW

MIMI BROWN,

    Plaintiff,

v.

CIGNA CORPORATION d/b/a CIGNA Group Insurance, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

## ORDER DISMISSING PARTY CIGNA CORPORATION WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal of Cigna Corporation Without Prejudice (Doc. # 11.)  Having reviewed instant Stipulation, the case file, and being fully advised in the premises, it is ORDERED that the Stipulation for Dismissal without Prejudice is GRANTED.   It is

FURTHER ORDERED that Plaintiff's claims against defendant Cigna Corporation are dismissed without prejudice to refile at a later date if appropriate, each party to pay its own costs, expenses, and attorney fees.   It is

FURTHER ORDERED that pursuant to the Stipulation, this dismissal has no effect on the claims asserted against Defendant Life Insurance Company of North America.  It is

2

FURHTER ORDERED that the case caption on all subsequent filings shall reflect the removal of Cigna Corporation.

DATED: July 21, 2015

BY THE COURT:

*[signature: Christine M Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge