IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01325-CMA-MJW

MIMI BROWN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, *a Pennsylvania corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion to Amend Civil Case Scheduling Order in an ERISA Action (Docket No. 21) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 19) is AMENDED as follows:

    - Deadline for Opening Brief: February 5, 2016
    - Deadline for Response Brief: March 4, 2016
    - Deadline for Reply Brief: March 18, 2016

Date: January 29, 2016